IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CV-620-D

| | |
|---|---|
| VIVIAN RICHARDSON, and SPOUSE, DANNY R. RICHARDSON, Individually and as Guardians Ad Litem of A. L. RICHARDSON, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA <br><br> Defendant. | STIPULATION OF DISMISSAL WITH PREJUDICE |

The parties, by and through their undersigned counsel, do hereby stipulate and agree pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that all matters giving rise to this action have been settled and that this action as to the United States of America be dismissed with prejudice.

Submitted this 13th day of December, 2011.

12/13/11
_____
Date

/s/ Thomas P. Valet
Thomas P. Valet, Esq.
Attorney for Plaintiffs
Rheingold, Valet, Rheingold,
Shkolnik & McCartney, LLP
113 East 37th Street
New York, NY 10016
Telephone: (212)684-1880
Facsimile: (212)689-8156
Email: Tvalet@Rheingoldlaw.com

THOMAS G. WALKER
United States Attorney

BY: /s/ Sharon C. Wilson
    SHARON C. WILSON
Attorney for Defendant
Assistant United States Attorney
Civil Division
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461
Telephone: (919)856-4530
Facsimile: (919)856-4821
E-mail: Sharon.Wilson2@usdoj.gov
NC Bar 18435

2